JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FELECHIA MURRY,<br><br>            Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>            Defendant. | Case No. 2:25-cv-03387-WLH-MAA<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [21]** |

The Court, having considered the parties' Joint Stipulation to Dismiss (the "Stipulation") (Dkt. No. 21), and finding good cause therefor, hereby **DISMISSES** the action in its entirety as to all Defendants with prejudice. Each party shall bear her or its own attorneys' fees and costs in this matter.

   **IT IS SO ORDERED.**

Dated: December 29, 2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1